LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MOISES TORRES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-164 TLN |
| Plaintiff, | ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES |
| vs. | |
| MOISES TORRES, | Court: Hon. Troy L. Nunley |
| Defendant. | Date: April 19, 2018<br>Time: 9:30 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant

U.S. Attorney Samuel Wong and Attorney Todd D. Leras on behalf of Defendant Moises Torres,

submit this request to continue the date presently set for Judgment and Sentencing in the above-

reference matter from March 1, 2018 to April 19, 2018. The defense needs additional time to

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

conduct investigation and gather materials in support of its sentencing request as allowed under the express terms of the Plea Agreement.

The government does not oppose the request and the assigned probation officer is available to appear on the requested date. It is therefore requested that the Court modify its previously-set pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date: February 15, 2018;
2. Informal Objections to Draft Pre-Sentence Report: March 1, 2018;
3. Final Pre-Sentence Report Date: March 15, 2018;
4. Motion for Correction Date: March 29, 2018; and
5. Reply Date: April 12, 2018.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Samuel Wong has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED: January 8, 2018            McGREGOR W. SCOTT
United States Attorney

By   /s/ Todd D. Leras for
     SAMUEL WONG
     Assistant United States Attorney

DATED: January 8, 2018            By   /s/ Todd D. Leras
     TODD D. LERAS
     Attorney for Defendant
     MOISES TORRES

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to April 19, 2018, at 9:30 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: January 9, 2018

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE