LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MOISES TORRES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MOISES TORRES,<br><br>    Defendant. | Case No.: 2:15-CR-164 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:   Hon. Troy L. Nunley<br><br>Date:    July 26, 2018<br>Time:    9:30 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Samuel Wong and Attorney Todd D. Leras on behalf of Defendant Moises Torres, submit this request to continue the date presently set for Judgment and Sentencing in the above-reference matter from April 19, 2018 to July 26, 2018.  The defense needs additional time to

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

obtain mitigation evidence in support of its sentencing request.

The defense investigator working on gathering mitigation materials was responsible for arranging health and daily care for his mother following her suffering an illness in late February 2018. That illness resulted in her death on March 6, 2018. The investigator has therefore been occupied with planning the funeral and taking care of settling her estate. He did not return to work until March 26, 2018. Given these circumstances, the defense needs additional time to conduct investigation and gather materials in support of its sentencing request as allowed under the express terms of the Plea Agreement.

The government does not oppose the request and the assigned probation officer is available to appear on the requested date. The draft Pre-Sentence Report, Informal Objections, and filing of the Final Pre-Sentence Report have already occurred. It is therefore requested that the Court modify its previously-set pre-sentence report disclosure schedule as follows:

1. Motion for Correction Date: July 12, 2018; and
2. Reply/ Sentencing Memorandum Date: July 19, 2018.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Samuel Wong has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED: April 10, 2018                     McGREGOR W. SCOTT
                                          United States Attorney


                                          By   /s/ Todd D. Leras for
                                              SAMUEL WONG
                                              Assistant United States Attorney
                                              (via email authorization)

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

| | | |
|---|---|---|
| DATED: April 3, 2018 | By | /s/ Todd D. Leras |
| | | TODD D. LERAS |
| | | Attorney for Defendant |
| | | MOISES TORRES |

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to July 26, 2018, at 9:30 a.m. The Court adopts the Motion for Correction/Sentencing Memorandum schedule proposed by the parties.

IT IS SO ORDERED.

Dated: April 10, 2018

Troy L. Nunley
United States District Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE